# PETRILLO KLEIN & BOXER LLP

655 Third Avenue
22nd Floor
New York, NY 10017
Telephone: (212) 370-0330
www.pkbllp.com

Nelson A. Boxer
Direct Dial: (212) 370-0338
Cell:        (917) 273-2693
nboxer@pkbllp.com

January 24, 2023

**By ECF**

The Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *SEC v. Strugano and Gazit*, 1:22-cv-03216 (RA)

Dear Judge Abrams:

I represent Rinat Gazit, a defendant in the above-referenced civil action, and I respectfully request that the Court adjourn the telephonic initial conference scheduled (*see* Dkt. 31) for Friday, January 27, 2023, at 2:30 p.m., to Monday, Tuesday or Thursday morning next week, or to some other morning convenient to the Court and the parties.

Ms. Gazit would like to listen to the initial conference. She lives in Israel, currently seven hours ahead of Eastern Standard Time. Friday's 2:30 p.m. initial conference would begin at 9:30 p.m. in Israel, well into the shabbat observance between sundown Friday and sundown Saturday. So that Ms. Gazit can listen to the Court conference, I request that Friday's conference be adjourned until a morning subsequent. I have conferred with counsel, and they have no objection to this application and are collectively available during the morning hours next week on Monday, Tuesday and Thursday.

This request is not intended to and should not affect any of the discovery or other deadlines agreed to by the parties.

Respectfully submitted,

*/s/ Nelson A. Boxer*

Nelson A. Boxer

The initial status conference scheduled for January 27, 2023 is hereby adjourned to next Thursday, February 2, 2023 at 11:00 a.m. The parties shall use the same call-in line as listed in the Court's prior order.

SO ORDERED.

_____
Hon Ronnie Abrams
January 25, 2023