UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

v.

MOSHE STRUGANO and RINAT GAZIT,

                Defendants.

No. 22-CV-3216 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons discussed at the initial status conference today, discovery will be temporarily stayed pending the completion of briefing on Defendant Gazit's motion to dismiss. Plaintiff's opposition to the motion to dismiss is due on March 10, 2023, and Defendant Gazit's reply is due on March 24, 2023.

SO ORDERED.

Dated:    February 2, 2023
           New York, New York

                                            Ronnie Abrams
                                            United States District Judge