UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Security and Exchange Commission

           Plaintiffs,

      v.                                          **CLERK' S CERTIFICATE OF MAILING**

Moshe Strugano, et al.,                              Case No.: 22-CV-3216 (RA)

           Defendants.

 

I hereby certify under the penalties of perjury that on the 6th[th] day of February, 2023, I

served one copy of the Summons and Complaint upon defendant, Rinat Gazit, Bnei Moshe 16

Street, Tel Aviv, Israel 6230821, the individual of the foreign state, pursuant to the provisions of

FRCP 4(f)(2)(C)(ii), by FEDEX tracking number 7711 8461 0060.


Dated:  New York, New York
        February 6th, 2023

                              RUBY J. KRAJICK
                              CLERK OF COURT

                              /s/Annemarie Foley
                              Deputy Clerk