```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :         1:22-cv-03216 (RA)
                Plaintiff,               :
                                         :
        - v -                            :
                                         :
MOSHE STRUGANO and RINAT GAZIT,          :
                                         :
                Defendants.              :
                                         :
-----------------------------------------X
```

### DECLARATION OF CHRISTINA KARAM IN FURTHER SUPPORT OF DEFENDANT RINAT GAZIT'S MOTIONS TO DISMISS THE COMPLAINT AND TO STAY DISCOVERY

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following is true and correct:

1. I am Counsel at the law firm Petrillo Klein & Boxer LLP, which represents Ms. Gazit in this action. I submit this Declaration in further support of Ms. Gazit's motions to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(5) and to stay discovery pending resolution of her motion to dismiss pursuant to Federal Rule of Civil Procedure 26(c).

2. Attached are:

   a. Exhibit A, a true and correct copy of the March 24, 2023, Declaration of Rinat Gazit; and

   b. Exhibit B, a true and correct copy of the March 24, 2023, Declaration of Yaron Lipshes, Ms. Gazit's counsel in Israel.

1

Dated: March 24, 2023
       New York, New York

                                                                            Christina Karam