# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

         Plaintiff,

   - v -

MOSHE STRUGANO and RINAT GAZIT,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

1:22-cv-03216 (RA)

**DECLARATION OF RINAT GAZIT**

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury under the laws of the United States, that the following is true and correct:

1. In recent months, there have been several break-ins in my neighborhood. Because of these break-ins, and because I am a woman living with a ten-year-old son, I, like others in my apartment building, have not been opening the door to my apartment to receive deliveries. Couriers have been leaving packages outside the door.

2. As a general matter, I do not open the door to individuals I am not expecting who have not called me in advance through the building intercom, or who do not know the code for the building door.

3. I do not recall any instance in which an individual outside my door identified himself as "a messenger with legal documents."

Dated: March 24, 2023
      Tel Aviv, Israel


Rinat Gazit

1