USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

    -v-

MOSHE STRUGANO and RINAT GAZIT,

            Defendants.

No. 22-cv-3216 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pending before the Court is Defendant Rinat Gazit's motion to dismiss for insufficient service, and the SEC's cross-motion to serve by alternative means. The Court denies the parties' motions for reasons it will explain at a conference to be held on July 17, 2023 at 1:30 p.m. The parties shall file a letter indicating whether they prefer to hold this conference in person or telephonically. Should this date and time present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

      In addition, because the Court denies Gazit's motion to dismiss, Defendants' request to stay discovery is also denied. No later than July 12, 2023, the parties shall submit an updated Proposed Case Management Plan as described in the Court's Order dated May 10, 2022. A template for the Proposed Case Management Plan is available at https://nysd.uscourts.gov/hon-ronnie-abrams.

The Clerk of Court is respectfully directed to terminate the motions pending at ECF No. 41 and 49.

SO ORDERED.

Dated:	July 5, 2023
	New York, New York

_____
Ronnie Abrams
United States District Judge