AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-03216-RA |
| MOSHE STRUGANO and RINAT GAZIT | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT RINAT GAZIT                                                                                                       .

Date:   07/10/2023

/s/ Zachary S. Brez
*Attorney's signature*

Zachary S. Brez
*Printed name and bar number*

KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022

*Address*

zachary.brez@kirkland.com
*E-mail address*

(212) 446-4720
*Telephone number*

(212) 446-4900
*FAX number*