UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  - v -

MOSHE STRUGANO and RINAT GAZIT,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

1:22-cv-03216 (RA)

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCES**

    Petrillo Klein + Boxer LLP and its attorneys, Nelson A. Boxer and Christina Karam, are relieved, and attorneys Jay Philip Lefkowitz, Robert Allen, and Zachary S. Brez of Kirkland & Ellis LLP are substituted, as Counsel to Defendant Rinat Gazit in this action.

Dated: July _____, 2023.

                                                                  **Honorable Ronnie Abrams**
                                                                  **U.S.D.J.**