UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                     :

SECURITIES AND EXCHANGE COMMISSION,  :

                                                   :      1:22-cv-03216 (RA)

            Plaintiff,                  :

- v -                                               :

MOSHE STRUGANO and RINAT GAZIT,     :

            Defendants.             :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW APPEARANCES**

      Petrillo Klein + Boxer LLP and its attorneys, Nelson A. Boxer and Christina Karam, are relieved, and attorneys Jay Philip Lefkowitz, Robert Allen, and Zachary S. Brez of Kirkland & Ellis LLP are substituted, as Counsel to Defendant Rinat Gazit in this action.

Dated: July __13__, 2023.

                                                                    **Honorable Ronnie Abrams**
                                                                    U.S.D.J.