UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SECURITES AND EXCHANGE COMMISSION,  :
:
                  Plaintiff,  :
:
                  v.  :        Civil Action
:        No. 22-cv-3216 (RA)
:
MOSHE STRUGANO, and  :
RINAT GAZIT,  :        ~~PROPOSED~~ ORDER
:
                  Defendants.  :
:
-----------------------------------------------------------------------x

      WHEREAS, on August 7, 2023, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Strugano*, 22 Cr. 226 (PGG) (the "Criminal Case"), in which an indictment has been returned; and

      WHEREAS, defendants Moshe Strugano and Rinat Gazit consent to the stay of this matter in its entirety;

      WHEREAS, the Securities and Exchange Commission ("SEC") takes no position on the Government's request to stay this matter in its entirety; and

      WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is hereby

      **ORDERED** that the Government's motion to intervene is GRANTED.  It is further

      **ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED.

_____                  August 8, 2023
HONORABLE RONNIE ABRAMS                  _____
UNITED STATES DISTRICT JUDGE                DATE