



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
BYRON ROGERS FEDERAL OFFICE BUILDING
1961 STOUT STREET, SUITE 1700
DENVER, CO 80294-1961

DIVISION OF
ENFORCEMENT

March 12, 2024

**Via ECF**
The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Application **GRANTED**. The March 15 conference is **ADJOURNED**, pending further order of the Court. So Ordered.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 82.

*/s/ Dale E. Ho*

Dale E. Ho
United States District Judge
Dated: March 13, 2024
New York, New York

Re:   SEC v. Moshe Strugano, et al., 1:22-cv-03216-DEH
      Joint Request to Adjourn Post-Discovery Conference

Dear Judge Ho:

The parties submit this joint letter to request adjournment of the post-discovery conference scheduled for March 15, 2024.

The Court initially issued a scheduling order and set a post-discovery conference for March 15, 2024, in a Case Management Plan and Scheduling Order (Dkt. 73 ¶ 12), and subsequently ordered that this conference be held remotely in its Notice of Reassignment dated October 17, 2023, (Dkt. 71 at 3).

As the parties advised the Court in a Joint Update (Dkt. 80), the Court had granted a motion by the Department of Justice to stay this action "in its entirety until completion" of a parallel criminal case on August 8, 2023. (Dkt. 76.) On November 2, 2023, the Court ordered that the "stay of proceedings remains in place. Within seven (7) days of any resolution in the parallel criminal proceedings, the parties shall file a joint status letter proposing next steps in this litigation." (Dkt. 81).

To the extent that the Court's orders of August 8, 2023 (Dkt. 76) and November 2, 2023 (Dkt. 73), did not adjourn the post-discovery conference scheduled for March 15, the parties respectfully request that the post-discovery conference be adjourned in light of the stay and the fact that the parties have not completed discovery because of the stay.

The SEC has conferred with counsel for Defendants Strugano and Gazit and has been authorized to submit this letter on their behalf.

        Respectfully submitted,

        *s/ Terry R. Miller*
        Terry R. Miller (*pro hac vice*)
        Ann Marie Preissler
        Frank D. Goldman
        Counsel for Plaintiff, United States
        Securities and Exchange Commission